USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E.S.P.,

Petitioner,

-against-

KENNETH GENALO, et al.,

Respondents.

26-CV-08225 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

For the reasons explained on the record at the hearing on October 6, 2026, the habeas Petition is GRANTED and E.S.P. is ordered RELEASED as soon as practicable. A full opinion will follow.

Counsel for the Government is respectfully requested to assist in coordinating with ICE and Petitioner's counsel on the time of his release, so that Petitioner's family can pick him up at the appropriate time at FCI-Lewisburg.

Dated: October 6, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge